IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DEBRA A. PAULINO,**

    Plaintiff,

  v.     No. CIV 15-371 SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 19) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 18), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until December 30, 2015, to file a response, and Plaintiff shall have until January 19, 2016, to file a reply.

SIGNED  _November 25_ , 2015.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 11/25/15*
MANUEL LUCERO
Assistant United States Attorney


*Electronically approved 11/24/15*
FELIZ M. MARTONE
Attorney for Plaintiff